AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:    6:21mj32 | Date and time warrant executed:<br>09/22/2021  1114am | Copy of warrant and inventory left with:<br>Daniel Bailey, DEA TFO |

Inventory made in the presence of :
Facebook Custodian of Records

Inventory of the property taken and name(s) of any person(s) seized:

- data associated with Facebook Account 100059035841101

**Received in Chambers**
By Reliable Electronic Means

October 22, 2021

**Hon. Robert S. Ballou**
**United States Magistrate**

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/25/2021

JULIA C. DUDLEY, CLERK
BY:   s/ CARMEN AMOS
DEPUTY CLERK

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    10/22/2021

_Executing officer's signature_

Daniel Bailey, DEA TFO

_Printed name and title_